# Third District Court of Appeal

## State of Florida

Opinion filed July 16, 2025.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D24-1669
Lower Tribunal No. 18-27150-CA-01
_____

**Cuentas, Inc.,**
Appellant,

vs.

**Spectrum Intelligence Communications Agency, LLC,**
Appellee.

An Appeal from the Circuit Court for Miami-Dade County, Valerie R. Manno Schurr, Judge.

AM Law LLC, and Gary Murphree, for appellant.

Roniel Rodriguez IV, P.A., and Roniel Rodriguez IV, for appellee.

Before GORDO, BOKOR and GOODEN, JJ.

PER CURIAM.

Affirmed. <u>See</u> <u>Umana v. Citizens Prop. Ins. Corp.</u>, 282 So. 3d 933, 934–35 (Fla. 3 DCA 2019) ("The absence of a hearing transcript at which the trial court made this decision prevents any meaningful review of whether the trial court abused its discretion in this regard." (citing <u>Applegate v. Barnett Bank of Tallahassee</u>, 377 So. 2d 1150 (Fla. 1979)); <u>Ocean Bank v. Caribbean Towers Condo. Ass'n, Inc.</u>, 121 So. 3d 1087, 1090 (Fla. 3d DCA 2013) ("[A] procedural bar . . . does not implicate a court's subject matter jurisdiction. Not being jurisdictional, [the] argument can be waived.").